# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAREESE MCINTOSH, <br>       Plaintiff <br><br> vs. <br><br> T-MOBILE USA INC., <br>       Defendant | ) ) ) ) ) ) ) ) ) ) ) CASE NO. 1:18-cv-10111-WGY |

## JOINT SCHEDULING CONFERENCE STATEMENT

Pursuant to Local Rule 16.1, counsel for the parties have conferred and now submit this Joint Scheduling Conference Statement in anticipation of the scheduling conference set for June 20, 2018 at 2:00 p.m.

**A.  Proposed Pretrial Schedule**

This case was filed on January 20, 2018, and the answer was filed on May 7, 2018.  Counsel accordingly propose the following pretrial schedule:

1. INITIAL DISCLOSURES required by Fed. R. Civ. P. 26(a)(1) to be completed by July 29, 2018

2. AMENDMENT OF PLEADINGS to be completed by August 20, 2018.

3. FACT DISCOVERY, including service of and responses to written discovery requests and all depositions, to be completed by December 31, 2018.

4. EXPERT DISCOVERY

*June 15, 2018*

YOUNG, D.J. / *as modified*
So ordered as the case management scheduling order.
  Discovery due *May 31, 2019*
  Dispositive Motions due *Feb 1, 2019*

*William G. Young*
U.S. District Judge

  a. Plaintiff's trial experts designated and information required by Fed. R. Civ. P. 26(a)(2) disclosed by March 29, 2019.

  b. Defendants' trial experts designated and information required by Fed. R.Civ. P. 26(a)(2) disclosed by April 15, 2019.

  c. Expert depositions concluded by May 31, 2019.

5. DISPOSITIVE MOTIONS

  a. Dispositive motions filed by February 1, 2019. [handwritten: May]

  b. Oppositions to dispositive motions filed by ~~March 1~~ [handwritten: Feb 21 / May], 2019.

  c. Summary Judgment Reply filed by March 15, 2019.

6. CASE MANAGEMENT AND PRETRIAL CONFERENCES on dates to be determined by the Court.

**B. Certifications**

The parties' certifications of compliance with Local Rule 16.1(D)(3) are attached.

     Respectfully submitted,

| | |
|---|---|
| Chareese McIntosh,<br>by her attorney, | T-MOBILE USA, INC.,<br>by its attorney, |
| /s/ J. Whitfield Larrabee<br>J. Whitfield Larrabee<br>251 Harvard Street, Suite 9<br>Brookline, MA 02446<br>jw.larrabee@verizon.net<br>(617) 566-3670 | /s/ James M. Hlawek<br>Richard L. Alfred<br>ralfred@seyfarth.com<br>James M. Hlawek<br>jhlawek@seyfarth.com<br>Seyfarth Shaw LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone: (617) 946-4800<br>Fax: (617) 946-4801 |